IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAREZ GORDON, | : |
|           Plaintiff, | : |
| V. | : NO. 5:23-cv-00304-TES-CHW |
| BARNHART, *et al.*, | : |
|           Defendants. | : |

## ORDER

Plaintiff Tarez Gordon, a prisoner in the Georgia Diagnostic and Classification Prison in Jackson, Georgia, has filed a complaint seeking relief under 42 U.S.C. § 1983. Compl., ECF No. 1. He has also filed a motion for leave to proceed in this action *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 3.

With regard to Plaintiff's pending motion to proceed *in forma pauperis*, a prisoner seeking to proceed without prepayment of the Court's fees must provide the district court with both (1) an affidavit in support of his claim of indigence and (2) a certified copy of his prison "trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint." 28 U.S.C. § 1915(a)(2). Here, Plaintiff has not submitted his motion to proceed *in forma pauperis* on the proper form, and it is not accompanied by a certified trust fund account statement. *See* Mot. to Proceed *In Forma Pauperis*, ECF No. 2.

Plaintiff is therefore **ORDERED** to file a proper and complete motion to proceed *in forma pauperis* with a certified trust fund account statement filled out and signed by the appropriate jail official and including a printout showing Plaintiff's account transactions for the six months before the complaint was filed. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his new motion to proceed *in forma pauperis*. Plaintiff's failure to fully and timely comply with this order may result in the dismissal of this case.

The Clerk is **DIRECTED** to send Plaintiff a motion to proceed *in forma pauperis* and the appropriate account certification form with Plaintiff's service copy of this order (with the case number showing on all). There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 8th day of September, 2023.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge