IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| TAREZ GORDON,<br><br>*Plaintiff,*<br><br>v.<br><br>BARNHART, *et al.*,<br><br>*Defendants.* | CIVIL ACTION NO.<br>5:23-cv-00304-TES-CHW |

**ORDER ADOPTING THE UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

No party objected to the United States Magistrate Judge's Report & Recommendation ("R&R") [Doc. 22] regarding Defendants Corey Barnhardt[1] and Corey Abrams' Motion to Dismiss [Doc. 15]. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6(a)(1) & (d). Having reviewed the R&R for clear error, the Court **ADOPTS** the R&R [Doc. 22] and **MAKES IT THE ORDER OF THE COURT**. Accordingly, because Plaintiff failed to exhaust the available remedies, the Court **GRANTS** Defendants' Motion to Dismiss [Doc. 15] and **DISMISSES** Plaintiff's Complaint [Doc. 1] **without prejudice**.

**SO ORDERED**, this 7th day of November, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] This Order uses the spelling from the Magistrate Judge's R&R and Defendants' Motion to Dismiss. *See* [Doc. 15]; [Doc. 22].