IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

TAREZ GORDON,                                        *

            Plaintiff,                       *

v.                                                     Case No.  5:23-cv-00304-TES-CHW

                                 *

BARNHART, et al.,

                                 *

            Defendants.                      *
_____

**J U D G M E N T**

    Pursuant to this Court's Order dated 11/7/2024, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 7th day of November, 2024.

                            David W. Bunt, Clerk


                            s/ Erin Pettigrew, Deputy Clerk